IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MATTHEW BOLTON       Case No. 16-50974   KMS
Debtor       Chapter 13 Proceeding

## NOTICE OF
## OBJECTION TO SECURED CLAIM(S) AND FOR OTHER RELIEF

To:    Richton Bank and Trust Company

YOU ARE HEREBY NOTIFIED that any response to the Objection to Secured Claim(s) and For Other Relief must be in writing and filed with the Clerk, U.S. Bankruptcy Court, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Ste 244, Gulfport Ms 39501, with a copy served upon the Chapter 13 Trustee, J.C. Bell, P.O. Box 566, Hattiesburg MS 39403-0566 (mdg@jcbell.net), to the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201 (USTPRegion05.JA.ECF@usdoj.gov); and upon the attorney for Debtor(s), David L. Lord of David L. Lord & Associates, P.A., 808 West Pine Street, Hattiesburg MS 39401 **(lordlawfirm2@bellsouth.net)**, on or before thirty (30) days from the date of this Objection. If no Response is timely filed, the Objection may be deemed sustained <u>ex-parte</u> by entry of an Order granting the objection. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing hereon.

Dated this 28TH day of September, 2016.

                         */s/David L. Lord*
                         David L. Lord (H) 1427
                         DAVID L. LORD & ASSOCIATES, P.A.
                         808 West Pine Street
                         Hattiesburg MS 39401
                         Phone(601)583-6132
                         Fax (601)582-5627
                         lordlawfirm2@bellsouth.net

## CERTIFICATE OF SERVICE

I, David L. Lord of David L. Lord & Associates, P.A., attorney for the above listed Debtors, do hereby certify that I have this day served, either electronically by the *Notice of Electronic Filing*, or mailed postage prepaid, a true and correct copy of the above *Notice of Objection to Secured Claim(s) and For Other Relief* to the interested parties listed below on this the 28th day of September, 2016.

                                                */s/David L. Lord*
                                                David L. Lord (H) 1427
                                                DAVID L. LORD & ASSOCIATES, P.A.
                                                808 West Pine Street
                                                Hattiesburg MS 39401
                                                Phone(601)583-6132
                                                Fax (601)582-5627
                                                lordlawfirm2@bellsouth.net

Henry J. Hobbs, Jr., Esq.
U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

J.C. Bell, Esq
Chapter 13 Case Trustee
mdg@jcbell.net

Richton Bank and Trust Company
PO Box 527
Richton MS 39476