

**SO ORDERED,**

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: MATTHEW BOLTON                           Case No. 16-50974 KMS
Debtor                                           Chapter 13 Proceeding

### ORDER SUSTAINING
### OBJECTION TO SECURED CLAIM(S) AND FOR OTHER RELIEF AS TO THOSE CREDITORS THAT DID NOT TIMELY RESPOND (Dk# 33 )

THIS MATTER having come on for consideration of the Debtor's(s') Objection to Pre-Petition Secured and Other Claims, filed in accordance with *In re Howard, 972 F.2D 639 (5th Cir. 1992)*, and the Court having considered the Objection, does hereby order and adjudicate the Objection as follows.  It is therefore,

ORDERED AND ADJUDGED that the Debtor's(s)' Objection to Pre-Petition Secured and Other Claims is hereby sustained.  It is further,

ORDERED AND ADJUDGED that this Order constitutes a final judgment pursuant to F.R.B.P. 9021, which makes applicable F.R.Civ.P. 58.

## END OF ORDER ##

Order prepared by:
David L. Lord 1427
David L Lord & Associates, PA
808 West Pine Street
Hattiesburg MS 39401
Phone: (601)583-6132
Fax: (601) 582-5627
lordlawfirm2@bellsouth.net