Notice of Returned Mail to Debtor/Debtor's Attorney
December 5, 2016
From: United States Bankruptcy Court, Southern District of Mississippi
Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Matthew Bolton, Case Number 16-50974, KMS

TO THE DEBTOR/DEBTOR'S ATTORNEY:
The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.
NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:
Laura M. Walrop
PO Box 67
New Augusta MS 39462-0067
THE UPDATED ADDRESS IS:

115 E Lakewood Dr.
Hattiesburg, MS 39402

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:
Shelly Walters
PO Box 67
New Augusta, MS 39462-0067
THE UPDATED ADDRESS IS:

No Known Address

_____     12-19-16
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments